IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RENEE BILLINGSLEY,          )
                                 )
      Plaintiff,            )
                                 )     CASE NO. 2:05-CV-157-WKW
      v.                    )          (WO)
                                 )
LABCORP, INC.              )
                                 )
      Defendant.       )

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the

ORDER, JUDGMENT, and DECREE of the Court that:

(1)  Judgment be and is hereby entered in favor of Defendant LabCorp, Inc., and

against Plaintiff Renee Billingsley.

(2)  Costs are taxed against Plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 5th day of September, 2006.


                         /s/   W.  Keith Watkins
                         UNITED STATES DISTRICT JUDGE